Elayna J. Youchah
Nevada State Bar No. 5837
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com

*Attorneys for Defendants*
*Caesars Entertainment Services, LLC and*
*Caesars Entertainment Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01990-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION AND COLLECTIVE ACTION COMPLAINT**<br><br>(First Request) |

Defendants Caesars Entertainment Services, LLC and Caesars Entertainment Corporation (collectively "Defendants"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiffs Michael D'Amore, Adam Bycina, and Richard D'Hondt (collectively "Plaintiffs"), by and through their counsel of record, Leon Greenberg, P.C., hereby stipulate and agree to extend the time for Defendants to file a responsive pleading to Plaintiffs' Class Action and Collective Action Complaint ("Class Action Complaint").

Defendants were properly served with Plaintiffs' Class Action Complaint on October 29, 2018. Defendants' response is currently due on November 19, 2018. Plaintiffs and Defendants have agreed to a brief extension of time for Defendants to file a response to the Class Action Complaint due to unforeseen scheduling issues on behalf of Defense Counsel.

Defendants shall, therefore, have a one week extension from November 19, 2018 up to and including November 26, 2018, to file its responsive pleading to Plaintiffs' Class Action Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 9th day of November, 2018.

| LEON GREENBERG, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Leon M. Greenberg<br>Leon M. Greenberg, Bar #8094<br>Dana Sniegocki, Bar #11715<br>2965 South Jones Blvd., Ste. E-3<br>Las Vegas, Nevada 89146 | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar #5837<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiffs*<br>*Michael D'Amore, Adam Bycina and*<br>*Richard D'Hondt* | *Attorneys for Defendants*<br>*Caesars Enterprise Services, LLC and*<br>*Caesars Entertainment Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. ~~District~~/Magistrate Judge

Dated: 11/9/18