James C. Mahan
U.S. District Judge

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL D'AMORE, et al., | Case No. 2:18-CV-1990 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| CAESARS ENTERPRISE SERVICES, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *D'Amore et al. v. Caesars Enterprise Services, LLC et al.*, case number 2:18-cv-01990-JCM-VCF.

On November 13, 2018, petitioners David R. Markham, Malgorzata K. Realin, and Michael J. Morphew each filed separate verified petitions for permission to practice *pro hac vice*. (ECF Nos. 9, 10, 11).

The applications before the court reflect that the petitioners signed their applications in Clark County, Nevada. However, the notaries attest that the petitioners signed the applications in San Diego, California. Accordingly, all three petitions fail to provide satisfactory signatures.

In accordance with the foregoing, the court denies all three verified petitions (ECF Nos. 9, 10, 11). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule."). Petitioners shall file, within ten (10) days of the entry of this order, verified petitions that fully comply with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

. . .

. . .

. . .

. . .

Accordingly,

IT IS SO ORDERED.

DATED November 27, 2018.

_____
UNITED STATES DISTRICT JUDGE