Leon M. Greenberg, NV Bar No. 8094
leongreenberg@overtimelaw.com
Dana Sniegocki, NV Bar No. 11715
dana_s@overtimelaw.com
**Leon Greenberg, P.C.**
2965 South Jones Boulevard, Suite E–3
Las Vegas, NV 89146
Tel: 702.383.6085

David R. Markham, *Admitted Pro Hac Vice*
dmarkham@markham-law.com
Malgorzata K. Realin, *Admitted Pro Hac Vice*
mrealin@markham-law.com
Michael J. Morphew, *Admitted Pro Hac Vice*
mmorphew@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel: 619.399.3995

*Attorneys for Plaintiffs*
*Michael D'Amore, Adam Bycina, and Richard D'Hondt*

Elayna J. Youchah, NV Bar No. 5837
youchahe@jacksonlewis.com
Christopher J. Stevens, *Admitted Pro Hac Vice*
christopher.stevens@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.921.2460

*Attorneys for Defendants*
*Caesars Enterprise Services, LLC and Caesars Entertainment*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-01990-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER [FRCP 26(f)]**<br><br>(First Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree to extend the time for the parties to file a joint Discovery Plan and Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The additional time is necessary due to the parties continuing to discuss appropriate discovery-related issues to bring to the Court's attention, as well as due to a personal issue requiring counsel for Defendants to be out of town this week.

The parties shall, therefore, have a twelve-day extension from January 10, 2019 up to and including January 22, 2019 (the prior day is a federal holiday) to file their proposed joint Discovery Plan and Scheduling Order. This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time to submit this joint discovery plan has been made.

Dated this 10th day of January, 2019.

| THE MARKHAM LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Michael J. Morphew | /s/ Elayna J. Youchah |
| David R. Markham, *Admitted Pro Hac Vice* <br> Malgorzata K. Realin, *Admitted Pro Hac Vice* <br> Michael J. Morphew, *Admitted Pro Hac Vice* <br> 750 B Street, Suite 1950 <br> San Diego, CA 92101 | Elayna J. Youchah, Bar #5837 <br> Christopher J. Stevens, *Admitted Pro Hac Vice* <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 |
| *Attorneys for Plaintiffs* <br> *Michael D'Amore, Adam Bycina and* <br> *Richard D'Hondt* | *Attorneys for Defendants* <br> *Caesars Enterprise Services, LLC and* <br> *Caesars Entertainment Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge
Dated: 1-10-2019