# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| MICHAEL D'AMORE, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> CAESARS ENTERPRISE SERVICES, LLC, *et al.*, <br><br> Defendants. | 2:18-cv-01990-JCM-VCF <br> **ORDER** |

Before the court is the proposed Joint Discovery Plan and Scheduling Order (ECF NO. 37).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the proposed Joint Discovery Plan and Scheduling Order (ECF NO. 37) is scheduled for 10:00 AM, February 11, 2019, in Courtroom 3D.

DATED this 24th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE