Leon M. Greenberg, NV Bar No. 8094
leongreenberg@overtimelaw.com
Dana Sniegocki, NV Bar No. 11715
dana_s@overtimelaw.com
**Leon Greenberg, P.C.**
2965 South Jones Boulevard, Suite E–3
Las Vegas, NV 89146
Tel: 702.383.6085

David R. Markham, *Admitted Pro Hac Vice*
dmarkham@markham-law.com
Malgorzata K. Realin, *Admitted Pro Hac Vice*
mrealin@markham-law.com
Michael J. Morphew, *Admitted Pro Hac Vice*
mmorphew@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel: 619.399.3995

*Attorneys for Plaintiffs*
*Michael D'Amore, Adam Bycina, and Richard D'Hondt*

Elayna J. Youchah, NV Bar No. 5837
youchahe@jacksonlewis.com
Christopher J. Stevens, *Admitted Pro Hac Vice*
christopher.stevens@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.921.2460

*Attorneys for Defendants*
*Caesars Enterprise Services, LLC and Caesars Entertainment*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-01990-JCM-VCF<br><br>**STIPULATION AND ORDER TO MOVE THE DATE AND TIME FOR HEARING ON THE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(First Request) |

1

The parties, by and through their respective counsel of record, hereby stipulate and agree to move the date and time for the hearing on the proposed Discovery Plan and Scheduling Order from February 11, 2019 at 10 a.m. to February 12, 2019 at 2:30 p.m. The change is needed because the Eighth Judicial District Court for Nevada set a hearing on a Motion for Preliminary Injunction at the exact same time and date in a case in which the same defense counsel must appear. The parties called the Court on February 1, 2019 seeking a date from the Honorable Court for a soon after February 11, 2019 as possible and were provided the date indicated above.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time to hear the proposed Discovery Plan and Scheduling Order has been made.

Dated this 4th day of February, 2019.

| THE MARKHAM LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Michael J. Morphew | /s/ Elayna J. Youchah |
| David R. Markham, *Admitted Pro Hac Vice* | Elayna J. Youchah, Bar #5837 |
| Malgorzata K. Realin, *Admitted Pro Hac Vice* | Christopher J. Stevens, *Admitted Pro Hac Vice* |
| Michael J. Morphew, *Admitted Pro Hac Vice* | 3800 Howard Hughes Parkway, Suite 600 |
| 750 B Street, Suite 1950 | Las Vegas, NV 89169 |
| San Diego, CA 92101 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Michael D'Amore, Adam Bycina and Richard D'Hondt* | *Caesars Enterprise Services, LLC and Caesars Entertainment Corporation* |

## **ORDER**

IT IS SO ORDERED that the hearing on the proposed Discovery Plan and Scheduling Order shall be moved from February 11, 2019 at 10:00 a.m., to February 12, 2019, at 2:30 p.m.

U.S. Magistrate Judge
2-4-2019