Leon M. Greenberg, NV Bar No. 8094
leongreenberg@overtimelaw.com
Dana Sniegocki, NV Bar No. 11715
dana_s@overtimelaw.com
**Leon Greenberg, P.C.**
2965 South Jones Boulevard, Suite E–3
Las Vegas, NV 89146
Tel: 702.383.6085

David R. Markham, *Admitted Pro Hac Vice*
dmarkham@markham-law.com
Maggie K. Realin, *Admitted Pro Hac Vice*
mrealin@markham-law.com
Michael J. Morphew, *Admitted Pro Hac Vice*
mmorphew@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel: 619.399.3995

*Attorneys for Plaintiffs*
*Michael D'Amore, Adam Bycina, and Richard D'Hondt*

Elayna J. Youchah, NV Bar No. 5837
youchahe@jacksonlewis.com
Christopher J. Stevens, *Admitted Pro Hac Vice*
christopher.stevens@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.921.2460

Susan N. Eisenberg, *Admitted Pro Hac Vice*
seisenberg@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Blvd., Suite 300
Miami, FL 33131
Tel: (305) 704-5942

*Attorneys for Defendants*
*Caesars Enterprise Services, LLC and Caesars Entertainment*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-01990-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER TO AMEND COMPLAINT WITH PROPER DEFENDANT, AND DISMISS CAESARS ENTERTAINMENT CORPORATION AND CAESARS ENTERTAINMENT SERVICES WITHOUT PREJUDICE** |

1

1

2          Pursuant to Fed. R. Civ. P. 15, 23(e), and 41, Plaintiffs MICHAEL D'AMORE, ADAM

3     BYCINA, and RICHARD D'HONDT ("Plaintiffs"), and Defendants CAESARS ENTERPRISE

4     SERVICES, LLC, and CAESARS ENTERTAINMENT CORPORATION ("Defendants"), collectively

5     "Parties," hereby submit this joint request and proposed order for Plaintiffs to amend the complaint

6     naming the proper employer and defendant, and the Court's approval for the voluntary dismissal of

7     Defendants Caesars Entertainment Corporation, and Caesars Enterprise Services.

8                                        **STIPULATION**

9          **WHEREAS**, on 15 October 2018 Plaintiffs MICHAEL D'AMORE, ADAM BYCINA, and

10    RICHARD D'HONDT filed their complaint in the United States District Court for the District of

11    Nevada naming CAESARS ENTERPRISE SERVICES, LLC, and CAESARS ENTERTAINMENT

12    CORPORATION as Defendants, on information and belief a both entities were proper Defendants.

13         **WHEREAS**, on 26 November 2018, Defendants filed a motion to dismiss under Fed. R. Civ. P.

14    12(b)(1) and 12(b)(6), asserting, among other things, that Defendant Caesars Entertainment Corporation

15    is not a proper defendant because that entity did not employ Plaintiffs or the putative class.

16         **WHEREAS**, on 10 December 2018, Plaintiffs filed their opposition to Defendants' motion to

17    dismiss.

18         **WHEREAS**, on 12 February 2019, the Court held a hearing regarding the Proposed Discovery

19    Plan and Scheduling Order. The Court proposed conducting discovery to resolve the issue of co–

20    employment and correct employer, and the Parties agreed to this approach.

21         **WHEREAS**, on 14 February 2019, Parties met and conferred by telephone, and also by email, to

22    discuss the discovery plan to resolve the co–employment and proper employer issues.

23

24

25

26                                           2                    2:18-cv-01990-JCM-VCF

27    JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT WITH PROPER
            DEFENDANT, AND DISMISS DEFENDANTS CEC AND CES WITHOUT PREJUDICE

28

**WHEREAS**, in the interest of judicial economy and conservation of resources by the Parties, Defendants by and through their counsel, identified Desert Palace LLC dba Caesars Palace - Las Vegas as Plaintiffs' proper employer and defendant.

**WHEREAS**, the proper employer and defendant having been identified by Defendants, Parties agree that CAESARS ENTERPRISE SERVICES, LLC, and CAESARS ENTERTAINMENT CORPORATION should be dismissed without prejudice, and Parties to bear their own costs.

**WHEREAS**, Plaintiffs shall amend the complaint reflecting the proper employer/entity.

**WHEREAS**, the newly named, proper employer/entity defendant shall have 14 days to answer or, without prejudice, otherwise respond to Plaintiffs' amended complaint by re–filing or amending the pending motion to dismiss..

WHEREAS, the Parties to the amended complaint shall file an Amended Discovery Plan and Scheduling Order within 21 days of the filing of Plaintiffs' amended complaint; provided, however, that nothing in this stipulation shall prevent the newly named defendant from seeking a stay of discovery as it may deem appropriate.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants, by and through their respective counsel of record, that:

1. Caesars Entertainment Corporation, and Caesars Entertainment Services are hereby dismissed without prejudice, each Party to bear their own fees and costs; and

2. Plaintiffs' proper employer is Desert Palace LLC dba Caesars Palace - Las Vegas; and

3. Plaintiffs have seven court days to file a First Amended Complaint; and

4. The newly named, proper employer/entity defendant shall have 14 days to answer or, without prejudice, otherwise respond to Plaintiffs' amended complaint by re–filing or amending the pending motion to dismiss.

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT WITH PROPER DEFENDANT, AND DISMISS DEFENDANTS CEC AND CES WITHOUT PREJUDICE

5.   The Parties to the amended complaint shall file an Amended Discovery Plan and Scheduling Order within 21 days of the filing of Plaintiffs' amended complaint; provided, however, that nothing in this stipulation shall prevent the newly named defendant from seeking a stay of discovery as it may deem appropriate.

Dated this 20th day of February 2019.

THE MARKHAM LAW FIRM

_____/s/ Michael J. Morphew_____
David R. Markham, *Admitted Pro Hac Vice*
Malgorzata K. Realin, *Admitted Pro Hac Vice*
Michael J. Morphew, *Admitted Pro Hac Vice*
750 B Street, Suite 1950
San Diego, CA 92101

*Attorneys for Plaintiffs*
*Michael D'Amore, Adam Bycina,*
*and Richard D'Hondt*

JACKSON LEWIS P.C.

_____/s/ Elayna J. Youchah_____
Elayna J. Youchah, Bar #5837
Christopher J. Stevens, *Admitted Pro Hac Vice*
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Attorneys for Defendants*
*Caesars Enterprise Services, LLC, and*
*Caesars Entertainment Corporation*

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that:

1.   Caesars Entertainment Corporation, and Caesars Entertainment Services are hereby dismissed without prejudice, and all parties are to bear their own costs;

2.   Plaintiffs have seven court days to file a First Amended Complaint naming proper defendant Desert Palace LLC dba Caesars Palace - Las Vegas;

3.   The newly named, proper employer/entity defendant shall have 14 days to answer or, without prejudice, otherwise respond to Plaintiffs' amended complaint by re–filing or amending the pending motion to dismiss.

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT WITH PROPER DEFENDANT, AND DISMISS DEFENDANTS CEC AND CES WITHOUT PREJUDICE

4. The Parties to the amended complaint shall file an Amended Discovery Plan and Scheduling Order within 21 days of the filing of Plaintiffs' amended complaint; provided, however, that nothing in this stipulation shall prevent the newly named defendant from seeking a stay of discovery as it may deem appropriate.

   **IT IS SO ORDERED**.

Dated: February 22, 2019 _____

_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT WITH PROPER DEFENDANT, AND DISMISS DEFENDANTS CEC AND CES WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of The Markham Law Firm and that on this 20th day of February, 2019, I caused to be sent via this Court's ECF Filing, a true and correct copy of the above and foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT WITH PROPER DEFENDANT, AND DISMISS CAESARS ENTERTAINMENT CORPORATION AND CAESARS ENTERTAINMENT SERVICES WITHOUT PREJUDICE** to the following:

Elayna J. Youchah
youchahe@jacksonlewis.com
JACKSON LEWIS P.C.
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

Christopher J. Stevens
christopher.stevens@jacksonlewis.com
JACKSON LEWIS P.C.
677 Broadway, 9th Floor
Albany, NY 12207

Michael Schmidt
mschmidt@cozen.com
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, NY 10006

Susan N. Eisenberg
seisenberg@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, FL 33131

Leon M. Greenberg
leongreenberg@overtimelaw.com
Dana Sniegocki
dana_s@overtimelaw.com
LEON GREENERG, P.C.
2965 South Jones Boulevard, Suite E–3
Las Vegas, NV 89146


/s/ Leeanna Carcione
Employee of The Markham Law Firm

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT WITH PROPER
DEFENDANT, AND DISMISS DEFENDANTS CEC AND CES WITHOUT PREJUDICE