Deverie J. Christensen, NV Bar No. 6596
deverie.christensen@jacksonlewis.com
Christopher J. Stevens, *Admitted Pro Hac Vice*
christopher.stevens@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: 702.921.2460

Susan N. Eisenberg, *Admitted Pro Hac Vice*
Florida State Bar No. 600393
**COZEN O'CONNER**
Southeast Financial Center
200 South Biscayne Blvd., Suite 300
Miami, FL 33131
Tel: (305) 704-5941
Email: seisenberg@cozen.com

*Attorneys for Defendant*
*Desert Palace LLC, dba Caesars Palace – Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-01990-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER [FRCP 26(f)]**<br><br>(First Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree to extend the time for the parties to file a joint Discovery Plan and Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

The Court issued an Order on December 16, 2019, granting in part and denying in part Defendant's Motion to Dismiss. (ECF No. 61). The Court's prior Minute Order staying discovery in this case requires the Parties to submit a new Discovery Plan and Scheduling Order

within two-weeks after the Court's Order on Defendant's Motion to Dismiss. (ECF No. 59) Thus, a Discovery Plan and Schedule Order is due on December 30, 2019, in this class action case.

Due to prearranged travel and vacations with families during the year-end holidays, as well as calendar conflicts in early January 2020, the parties have scheduled a Rule 26(f) conference on the earliest available date to prepare a new Discovery Plan and Scheduling Order, on January 14, 2020. Accordingly, the parties request an extension to permit the parties time to complete the conference on January 14, 2020 and to submit a new proposed Discovery Plan and Schedule Order one week later, on January 21, 2020.

The parties stipulate to an extension from December 30, 2019 up to and including January 21, 2020 to file their proposed joint Discovery Plan and Scheduling Order.

Additionally, Defendant's response to the First Amended Complaint (ECF No. 50) is currently due December 30, 2019, two weeks following the date of the Court's December 16, 2019 Order. Considering the intervening Holidays and scheduled Rule 26(f) Conference on January 14, 2020, the parties have also stipulated to extend the deadline for Defendant to respond to the First Amended Complaint to January 21, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for an extension of time has been made to submit this joint discovery plan since the Court's Order was entered on December 16, 2019.

Dated this 24th day of December, 2019.

| **LEON GREENBERG, P.C.** | **JACKSON LEWIS P.C.** |
|---|---|
| /s/ Malgorzata Realin | /s/ Deverie J. Christensen |
| Leon M. Greenberg, NV Bar No. 8094 | Deverie J. Christensen, NV Bar No. 6596 |
| Dana Sniegocki, NV Bar No. 11715 | Christopher Stevens, *Admitted Pro Hac Vice* |
| 2965 South Jones Boulevard, Suite E–3 | **JACKSON LEWIS P.C.** |
| Las Vegas, NV 89146 | 300 S. Fourth Street, Suite 900 |
|  | Las Vegas, NV 89101 |
| David Markham, *Admitted Pro Hac Vice* |  |
| Malgorzata Realin, *Admitted Pro HacVice* | Susan N. Eisenberg, *Admitted Pro Hac Vice* |
| **THE MARKHAM LAW FIRM** | Florida State Bar No. 600393 |
| 750 B Street, Suite 1950 | **COZEN O'CONNER** |
| San Diego, CA 92101 | Southeast Financial Center |
|  | 200 South Biscayne Blvd., Suite 300 |
| *Attorneys for Plaintiffs* | Miami, FL 33131 |
| *Michael D'Amore, Adam Bycina, and* |  |
| *Richard D'Hondt* | *Attorneys for Defendant* |
|  | *Desert Palace LLC, dba Caesars Palace – Las Vegas* |

## **ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: December 27, 2019