Leon M. Greenberg, NV Bar No. 8094
leongreenberg@overtimelaw.com
Dana Sniegocki, NV Bar No. 11715
dana_s@overtimelaw.com
**Leon Greenberg, P.C.**
2965 South Jones Boulevard, Suite E–3
Las Vegas, NV 89146
Tel: 702.383.6085

David R. Markham, *Admitted Pro Hac Vice*
dmarkham@markham-law.com
Malgorzata K. Realin, *Admitted Pro Hac Vice*
mrealin@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel: 619.399.3995

*Attorneys for Plaintiffs*
*Michael D'Amore, Adam Bycina, and Richard D'Hondt*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-01990-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER [FRCP 26(f)]**<br><br>(Second Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree to extend the time for the parties to file a joint Discovery Plan and Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. This is the second request by the parties for an extension of time to file the joint Discovery Plan and Scheduling Order.

1  The Court issued an Order on December 16, 2019, granting in part and denying in part Defendant's Motion to Dismiss. (ECF No. 61). The Court's prior Minute Order staying discovery in this case required the Parties to submit a new Discovery Plan and Scheduling Order within two-weeks after the Court's Order on Defendant's Motion to Dismiss. (ECF No. 59). The parties submitted a joint stipulation on December 24, 2019, requesting an extension of time to prepare and submit a new Discovery Plan and Scheduling Order due to prearranged travel and time off during the year-end holiday period. (ECF No. 62) On December 27, 2019, the Court granted the parties' request for an extension of time to submit the Discovery Plan and Scheduling Order to January 21, 2020. (ECF No. 63). This Order also granted an extension of time to January 21, 2020 for Defendant to respond to Plaintiffs' First Amended Complaint. The parties have now conferred telephonically on January 14, 2020, and agreed to Plaintiffs' filing of a Second Amended Complaint in light of the Court's December 16, 2019 Order (ECF No. 61).

Due to the complexity and extent of the Court's Order (ECF No. 61), Plaintiffs request permission to file their Second Amended Complaint by January 22, 2020. Defendant agrees to file its Response to the Second Amended Complaint by February 5, 2020. Once the amended pleadings have been submitted, the parties will meet on the earliest available date to conduct a telephonic Rule 26(f) conference. The parties request that the Court grant an extension to permit the parties to submit a new proposed Discovery Plan and Scheduling Order within seven business days after Defendant's responsive pleading deadline, by February 14, 2020.

The parties stipulate to the January 22, 2020 deadline for Plaintiffs to file a Second Amended Complaint, the February 5, 2020 deadline for Defendant to file its Response to the Second Amended Complaint, and to an extension from January 21, 2020 to February 14, 2020 for the parties to file their proposed joint Discovery Plan and Scheduling Order.

This stipulation and order is sought in good faith and not for the purpose of delay. The parties make this second request for an extension of time so that Plaintiffs may be

permitted to file a Second Amended Complaint prior to the current responsive pleading and discovery plan deadlines.

Dated this 15th day of January, 2020.

| | |
|---|---|
| **LEON GREENBERG, P.C.** | **JACKSON LEWIS P.C.** |
| /s/ Malgorzata Realin<br>Leon M. Greenberg, NV Bar No. 8094<br>Dana Sniegocki, NV Bar No. 11715<br>2965 South Jones Boulevard, Suite E–3<br>Las Vegas, NV 89146 | /s/ Deverie J. Christensen<br>Deverie J. Christensen, NV Bar No. 6596<br>Christopher Stevens, *Admitted Pro Hac Vice*<br>**JACKSON LEWIS P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, NV 89101 |
| David Markham, *Admitted Pro Hac Vice*<br>Malgorzata Realin, *Admitted Pro HacVice*<br>**THE MARKHAM LAW FIRM**<br>750 B Street, Suite 1950<br>San Diego, CA 92101 | Susan N. Eisenberg, *Admitted Pro Hac Vice*<br>Florida State Bar No. 600393<br>**COZEN O'CONNER**<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 300<br>Miami, FL 33131 |
| *Attorneys for Plaintiffs*<br>*Michael D'Amore, Adam Bycina, and Richard D'Hondt* | *Attorneys for Defendant*<br>*Desert Palace LLC, dba Caesars Palace – Las Vegas* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge
Dated: 1-16-2020

## Certificate of Service

I hereby certify that on the 15th day of January 2019, the foregoing was filed and served by the United States District Court, District of Nevada's CM/ECF System, on the following persons:

Deverie J. Christensen, NV Bar No. 6596
Christopher Stevens, *Admitted Pro Hac Vice*
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101


Susan N. Eisenberg, *Admitted Pro Hac Vice*
Florida State Bar No. 600393
**COZEN O'CONNER**
Southeast Financial Center
200 South Biscayne Blvd., Suite 300
Miami, FL 33131


Leon M. Greenberg, NV Bar No. 8094
**Leon Greenberg, P.C.**
2965 South Jones Boulevard, Suite E–3
Las Vegas, NV 89146
Tel.: 702.383.6085


David R. Markham (CA Bar No. 071814)
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel: 619.399.3995

    s/ Leeanna Carcione
THE MARKHAM LAW FIRM
750 B Street, Suite 1950
San Diego, CA 92101
Tel: 619.399.3995