Deverie J. Christensen, NV Bar No. 6596
deverie.christensen@jacksonlewis.com
Christopher J. Stevens, *Admitted Pro Hac Vice*
christopher.stevens@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: 702.921.2460

Susan N. Eisenberg, *Admitted Pro Hac Vice*
Florida State Bar No. 600393
**COZEN O'CONNER**
Southeast Financial Center
200 South Biscayne Blvd., Suite 300
Miami, FL 33131
Tel: (305) 704-5941
seisenberg@cozen.com

*Attorneys for Defendant*
*Desert Palace LLC, dba Caesars Palace – Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC; and DESERT PALACE LLC, dba CAESARS PALACE – LAS VEGAS,<br><br>Defendants. | Case No. 2:18-cv-01990-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AND FOR JUDICIAL NOTICE; AND FOR PLAINTIFFS' TO FILE A REPLY**<br><br>(First Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiffs' Motion for Leave to File an Amended Complaint and for Judicial Notice, which is currently due on March 24, 2020, until April 1, 2020. The parties also agree that Plaintiffs' reply in support of their Motion for Leave to File an Amended Complaint and for Judicial Notice shall be extended by one week, until April 15, 2020.

1. The parties believe these extensions are appropriate because the operations of Defendant (and of counsel for both parties) have been impacted by the ongoing COVID-19 pandemic. The proposed extension will mitigate that impact, particularly given growing social distancing restrictions sweeping the nation.

2. Further, Defendants believe that Plaintiffs' filing is lengthy, raises issues that were not previously briefed, and will require time to analyze in order to prepare a response.

3. This stipulation and order is sought in good faith and not for the purpose of delay.

4. This is the first request for an extension to respond to Plaintiffs' Motion for Leave to Amend and Judicial Notice, and for Plaintiffs' reply in support of Plaintiffs' Motion for Leave to Amend and Judicial Notice.

Dated this 20th day of March 2020.

| | |
|---|---|
| **LEON GREENBERG, P.C.** | **JACKSON LEWIS P.C.** |
| /s/ Malgorzata Realin | /s/ Deverie J. Christensen |
| Leon M. Greenberg, NV Bar No. 8094 | Deverie J. Christensen, NV Bar No. 6596 |
| Dana Sniegocki, NV Bar No. 11715 | Christopher Stevens, *Admitted Pro Hac Vice* |
| 2965 South Jones Boulevard, Suite E–3 | **JACKSON LEWIS P.C.** |
| Las Vegas, NV 89146 | 300 S. Fourth Street, Suite 900 |
| | Las Vegas, NV 89101 |
| David Markham, *Admitted Pro Hac Vice* | |
| Malgorzata Realin, *Admitted Pro HacVice* | Susan N. Eisenberg, *Admitted Pro Hac Vice* |
| Lisa Brevard, *Admitted Pro Hac Vice* | Florida State Bar No. 600393 |
| **THE MARKHAM LAW FIRM** | **COZEN O'CONNER** |
| 750 B Street, Suite 1950 | Southeast Financial Center |
| San Diego, CA 92101 | 200 South Biscayne Blvd., Suite 300 |
| | Miami, FL 33131 |
| *Attorneys for Plaintiffs* | |
| *Michael D'Amore, Adam Bycina, and Richard D'Hondt* | *Attorneys for Defendant Desert Palace LLC, dba Caesars Palace – Las Vegas* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge
Dated: March 23, 2020