Deverie Christensen. Esq.
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: Deverie.Christensen@jacksonlewis.com

Susan N. Eisenberg, *Admitted Pro Hac Vice*
Florida State Bar No. 600393
**COZEN O'CONNER**
Southeast Financial Center
200 South Biscayne Blvd., Suite 300
Miami, FL 33131
Tel: (305) 704-5941
Email: seisenberg@cozen.com

*Attorneys for Defendant Desert Palace LLC.*
*d/b/a Caesars Palace – Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE LLC, d/b/a CAESARS PALACE – LAS VEGAS<br><br>Defendant. | Case No. 2:18-cv-01990-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING SETTLEMENT OF MATTER** |

The parties, by and through their respective counsel of record, hereby notify the Court that the parties have reached an agreement in principal to settle the individual claims of the named plaintiffs and are currently conferring regarding terms of the settlement agreement. This shall be a global settlement resulting in dismissal of the entire action with respect to all parties and claims. The parties will submit a Motion for Court Approval of Settlement no later than August 21, 2020.

Given the resolution of this matter, the parties hereby request that all current deadlines be vacated, including the deadline for the Parties to submit a Proposed Discovery Plan and Scheduling Order.

## STIPULATION

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The current pleading deadlines in this matter shall be vacated.

The parties shall file a Motion for Court Approval of Settlement by August 21, 2020.

Dated this 17th day of July, 2020.

| | |
|---|---|
| **LEON GREENBERG, P.C.** | **JACKSON LEWIS P.C.** |
| */s/ Malgorzata Realin* | */s/ Deverie J. Christensen* |
| Leon M. Greenberg, NV Bar No. 8094<br>2965 South Jones Boulevard, Suite E–3<br>Las Vegas, NV 89146 | Deverie J. Christensen, NV Bar #6596<br>Christopher Stevens, *Admitted Pro Hac Vice*<br>**JACKSON LEWIS P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, NV 89101 |
| David Markham, *Admitted Pro Hac Vice*<br>Malgorzata Realin, *Admitted Pro Hac Vice*<br>Lisa Brevard, *Admitted Pro Hac Vice*<br>**THE MARKHAM LAW FIRM**<br>750 B Street, Suite 1950<br>San Diego, CA 92101 | Susan N. Eisenberg, *Admitted Pro Hac Vice*<br>Florida State Bar No. 600393<br>**COZEN O'CONNER**<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 300<br>Miami, FL 33131 |
| *Attorneys for Plaintiffs*<br>*Michael D'Amore, Adam Bycina, and Richard D'Hondt* | *Attorneys for Defendant*<br>*Desert Palace LLC, dba Caesars Palace – Las Vegas* |

## ORDER

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated: July 20, 2020

4846-2053-0371, v. 1

Jackson Lewis P.C.
Las Vegas

2