Deverie Christensen. Esq.
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  Deverie.Christensen@jacksonlewis.com

Susan N. Eisenberg, *Admitted Pro Hac Vice*
Florida State Bar No. 600393
**COZEN O'CONNER**
Southeast Financial Center
200 South Biscayne Blvd., Suite 300
Miami, FL 33131
Tel: (305) 704-5941
Email:  seisenberg@cozen.com

*Attorneys for Defendant Desert Palace LLC.*
*d/b/a Caesars Palace – Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE LLC, d/b/a CAESARS PALACE – LAS VEGAS<br><br>Defendant. | Case No.:  2:18-cv-01990-JCM-VCF<br><br>**STIPULATION TO SUBMIT STIPULATED JUDGMENT IN A CIVIL CASE** |

1

The parties, by and through their respective counsel of record, hereby stipulate and agree that the attached Stipulated Judgment in a Civil Case be submitted to this Court for approval.

Dated this 9th day of November, 2020.

| THE MARKHAM LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Lisa Brevard*<br>Lisa Brevard, *Admitted Pro Hac Vice*<br>David Markham, *Admitted Pro Hac Vice*<br>Malgorzata Realin, *Admitted Pro Hac Vice*<br>**THE MARKHAM LAW FIRM**<br>750 B Street, Suite 1950<br>San Diego, CA 92101 | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, NV Bar #6596<br>Christopher Stevens, *Admitted Pro Hac Vice*<br>**JACKSON LEWIS P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, NV 89101 |
| **LEON GREENBERG, P.C.**<br>Leon M. Greenberg, NV Bar # 8094<br>2965 South Jones Blvd., Suite E–3<br>Las Vegas, NV 89146 | Susan N. Eisenberg, *Admitted Pro Hac Vice*<br>Florida State Bar No. 600393<br>**COZEN O'CONNER**<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 300<br>Miami, FL 33131 |
| *Attorneys for Plaintiffs*<br>*Michael D'Amore, Adam Bycina, and*<br>*Richard D'Hondt* | *Attorneys for Defendant*<br>*Desert Palace LLC, dba Caesars Palace –*<br>*Las Vegas* |

4825-4328-2641, v. 1

**STIPULATED JUDGMENT IN A CIVIL CASE**

1
2
3
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | |
|---|---|
| 11 MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of<br>12 themselves, and all others similarly situated, | Case No.: 2:18-cv-01990-JCM-VCF |
| 13 Plaintiffs, | **STIPULATED**<br>**JUDGMENT IN A CIVIL CASE** |
| 14 vs. | |
| 15 DESERT PALACE LLC, d/b/a CAESARS PALACE – LAS VEGAS | |
| 16 Defendant. | |
| 17 | |

18 TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

19    This action came for consideration before the Court in the above-captioned putative class

20 action ("Action"). Consistent with the Court's Order Granting the Parties' Joint Motion for

21 Approval of their Settlement in part and denying same in part; and also denying the Parties' Joint

22 Motion to File the Settlement Under Seal ("Order") filed and entered on October 28, 2020, at

23 ECF No. 95, the issues have been considered and a decision has been rendered.

24    IT IS SO ORDERED AND ADJUDGED:

25    1.  The Court finds the settlement to be a fair and reasonable resolution of a bona fide

26        [FLSA] dispute and enters judgment in the Action, as of the date of entry of the

27        Court's approval of this Stipulated Judgment, pursuant to the terms set forth in the

28

1

Settlement Agreement filed by the Parties with this Court, as modified by the Court's Order (ECF No.95) striking the Confidentiality Clause in Section 6;  the calculations and the settlement payments to be made and administered in accordance with the terms of the Settlement Agreement and this Stipulated Judgment.

2. As of the date of entry of the Court's approval of this Stipulated Judgment, the named Plaintiffs' individual claims are DISMISSED with prejudice and the named Plaintiffs shall be deemed to have conclusively released the Released Claims as against the Released Parties, as defined in the Settlement Agreement between the Parties.

3. As of the date of entry of the Court's approval of this Stipulated Judgment, the collective action and class action claims are DISMISSED without prejudice.

4. This matter is closed.

**IT IS SO ORDERED.**

Dated:  November 13, 2020

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE