# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D'AMORE, ADAM BYCINA, and RICHARD D'HONDT, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT PALACE LLC, d/b/a CAESARS PALACE – LAS VEGAS<br><br>Defendant. | Case No.: 2:18-cv-01990-JCM-VCF<br><br>**STIPULATED JUDGMENT IN A CIVIL CASE** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

This action came for consideration before the Court in the above-captioned putative class action ("Action"). Consistent with the Court's Order Granting the Parties' Joint Motion for Approval of their Settlement in part and denying same in part; and also denying the Parties' Joint Motion to File the Settlement Under Seal ("Order") filed and entered on October 28, 2020, at ECF No. 95, the issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED:

1. The Court finds the settlement to be a fair and reasonable resolution of a bona fide [FLSA] dispute and enters judgment in the Action, as of the date of entry of the Court's approval of this Stipulated Judgment, pursuant to the terms set forth in the

1

Settlement Agreement filed by the Parties with this Court, as modified by the Court's Order (ECF No.95) striking the Confidentiality Clause in Section 6; the calculations and the settlement payments to be made and administered in accordance with the terms of the Settlement Agreement and this Stipulated Judgment.

2. As of the date of entry of the Court's approval of this Stipulated Judgment, the named Plaintiffs' individual claims are DISMISSED with prejudice and the named Plaintiffs shall be deemed to have conclusively released the Released Claims as against the Released Parties, as defined in the Settlement Agreement between the Parties.

3. As of the date of entry of the Court's approval of this Stipulated Judgment, the collective action and class action claims are DISMISSED without prejudice.

4. This matter is closed.

**IT IS SO ORDERED.**

Dated: November 13, 2020

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE